# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MONTENEQUE NAKIA KNOX,

    Plaintiff,

v.

C. SHARP et al.,

    Defendants.

3:17-cv-00535-MMD-WGC

**ORDER**

## I. DISCUSSION

On September 14, 2017, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. (ECF No. 3 at 2). On October 13, 2017, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis*. (ECF No. 5). The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before November 30, 2017.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 5) is granted.

IT IS FURTHER ORDERED that on or before November 30, 2017, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

/ / /

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: October 16, 2017.

_____
United States Magistrate Judge