UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MONTENEQUE NAKIA KNOX, | Case No. 3:17-cv-00535-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| C. SHARP, *et al.*, | |
| Defendants. | |

### I. DISCUSSION

On December 27, 2018, an order that was served on Plaintiff at his current address of record returned as undeliverable. Plaintiff has not yet filed an updated address notification with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address . . . Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until Tuesday, January 22, 2019 to file his updated address with this Court. If Plaintiff does not update the Court with his current address by Tuesday, January 22, 2019, the Court will dismiss this action with prejudice.

### II. CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff must file his updated address with the Court by Tuesday, January 22, 2019.

///

It is further ordered that, if Plaintiff fails to timely comply with this order by Tuesday, January 22, 2019, the Court will dismiss this case with prejudice.

DATED: January 3, 2019.

_____
UNITED STATES MAGISTRATE JUDGE