UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONTENEQUE NAKIA KNOX, | Case No. 3:17-cv-00535-MMD-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| C. SHARP, *et al.*, | |
| Defendants. | |

Monteneque Nakia Knox ("Plaintiff"), proceeding pro se, filed an amended civil-rights complaint on February 26, 2018. (ECF No. 13.) On August 23, 2018, after screening the amended complaint as required by the Prisoner Litigation Reform Act, the Court allowed Plaintiff to proceed on his claims and stayed the action for ninety (90) days to allow Plaintiff and Defendants an opportunity to settle their dispute. (ECF No. 15 at 10.) Since then, Plaintiff has filed the following motions that are pending: motion (ECF No. 29); and motion for extension of time (ECF No. 37). The Court will address each motion in turn.

**I.   Motion**

On December 7, 2018, Plaintiff filed a "motion." (ECF No. 29.) The document appears to be requesting a status check of Plaintiff's case. The Court denies Plaintiff's "motion" as moot because the Court has set this case for an **Inmate Early Mediation Conference on February 5, 2019**. (*See* ECF No. 23.)

**II.   Motion for Extension of Time**

On January 28, 2019, Plaintiff filed a motion for extension of time to file a fully complete financial certificate. (ECF No. 37.) The Court denies Plaintiff's motion for extension of time because a decision on the application to proceed *in forma pauperis* (ECF No. 1) was deferred. (ECF No. 15 at 1.)

///

///

### III. CONCLUSION

For the foregoing reasons, it is ordered that the motion for status is check (ECF No. 29) is **denied** as moot.

It is further ordered that the motion for extension of time (ECF No. 37) is **denied**.

DATED: January 29, 2019.

_____
UNITED STATES MAGISTRATE JUDGE